MARY ANKNER, Respondent, v. GEORGE T. COOK and Others, Individually

and as Copartners Doing Business under the Firm Name and Style of GEORGE T. COOK & SONS, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.